# United States District Court
## Southern District of Georgia

Lorenzo Eady, Jr.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-18

State of Georgia, Chatham County, Georgia and Bryan County Sheriff Department,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 3/22/18, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.



| | |
|---|---|
| 3/22/18 | Scott L. Poff |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |